

**FILED**

MAR 0 4 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

CODY ANNETTE BLAINE,

Plaintiff,

vs.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

CV 17–98–H–DLC–JTJ

ORDER

Before the Court is the parties' Stipulation for Award of Attorney's Fees

pursuant to the Equal Access to Justice Act. (Doc. 18.) The parties have agreed

to an attorneys' fee award of $7,000.00.

Accordingly, IT IS ORDERED that Plaintiff Cody Annette Blaine is

awarded attorneys' fees under the Equal Access to Justice Act in the amount of

$7,000.00, subject to the terms of the parties' stipulated agreement.

DATED this 4th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-