FILED

3/5/2019

Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CODY BLAINE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV-17-098-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Pursuant to Orders (Doc. 17 and 19) this case is closed.

  Dated this 5th day of March, 2019.

          TYLER P. GILMAN, CLERK

          By: /s/ Heidi Gauthier
          Heidi Gauthier, Deputy Clerk