UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CODY BLAINE,<br><br>                          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                         Defendant. | Case No. CV-17-098-H-DLC<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 22)  the Defendant shall, without undue delay, pay Ms. Blaines counsel $16,433.50, currently being withheld for payment to representative (Doc. 21-1 at 4.)IT IS FURTHER ORDERED that following counsels receipt of the $16,433.50, he shall promptly reimburse Ms. Blaine in the amount of $7,000, previously awarded under the Equal Access to Justice Act..

      Dated this 5th day of October 2021.

                                         TYLER P. GILMAN, CLERK

                                         By: /s/ Heidi Gauthier
                                         Heidi Gauthier, Deputy Clerk